173 So. 911

**Ray BEDSOLE et al. v. Vera Lee CAULEY et al.**

**4 Div. 907.**

Supreme Court of Alabama.
March 25, 1937.

B. W. Smith, of Samson, and M. A. Owen, of Elba, for appellants.

P. B. Traweek, of Elba, and Simmons & Simmons, of Opp, for appellees.

PER CURIAM.

Appeal dismissed for want of prosecution.

173 So. 911

**Bertie BLEVINS v. Thomas F. BLEVINS.**

**8 Div. 695.**

Supreme Court of Alabama.
Jan. 21, 1937.

Wert, Huston & Crow, of Hartselle, for appellant.

Powell & Powell, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

173 So. 911

**A. W. BRAZELTON v. JEFFERSON COUNTY.**

**6 Div. 16.**

Supreme Court of Alabama.
April 20, 1937.

Thos. J. Judge, of Birmingham, for appellant.

Ernest Matthews, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

174 So. 895

**Ida B. BRYANT v. O. L. HALL et al.**

**6 Div. 45.**

Supreme Court of Alabama.
April 22, 1937.

PER CURIAM.

Appeal dismissed.

174 So. 895

**Olive R. CARTER v. A. P. LONGSHORE, as Trustee, etc.**

**7 Div. 464.**

Supreme Court of Alabama.
June 8, 1937.

PER CURIAM.

Appeal dismissed by appellant.